| |
|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY |
| Caption in Compliance with D.N.J. LBR 9004-2(c)<br><br>Law Offices of Seymour Wasserstrum<br>205 W. Landis Ave<br>Vineland, NJ 08360<br>856-696-8300<br>856-696-3586<br>Attorney for Debtor(s) |
| In Re:<br><br>Nicole Reynolds |

Case No.:    15-31182

Judge:    JNP

Chapter:    13

# CHAPTER 13 DEBTOR'S CERTIFICATION IN OPPOSITION TO CREDITOR'S MOTION FOR RELIEF

The debtor in the above captioned chapter 13 proceeding hereby objects to the following

1. Motion for Relief from Stay
   By    MidFirst Bank   , creditor

2. I am objecting to the above for the following reasons:

I would like to make arrangements to cure the arrears, by proposing a cure arrangement.

3. This certification is being made in an effort to resolve the issues raised by the creditor in its motion.

4. I certify under penalty of perjury that the foregoing is true and correct.

Date: 11/1/2016                                         /s/ Nicole Reynolds
                                                        Debtor's Signature