Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 15–31182–JNP
Chapter: 13
Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Nicole D. Reynolds
13 Blossom Trail
Sicklerville, NJ 08081

Social Security No.:
xxx–xx–6190

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 11/29/16.

Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: November 29, 2016
JJW: cmf

James J. Waldron
Clerk

```
                          United States Bankruptcy Court
                               District of New Jersey

In re:                                                         Case No. 15-31182-JNP
Nicole D. Reynolds                                             Chapter 13
       Debtor                        CERTIFICATE OF NOTICE

District/off: 0312-1          User: admin              Page 1 of 2            Date Rcvd: Nov 29, 2016
                              Form ID: 148             Total Noticed: 34


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 01, 2016.
db          +Nicole D. Reynolds,    13 Blossom Trail,    Sicklerville, NJ 08081-3064
cr          +Township of Winslow,    c/o Platt & Riso, P.C.,    40 Berlin Road,    Stratford, NJ 08084-1404
515912844   +Advocare the Womens Grp OBGYN,    PO Box 3001,    Voorhees, NJ 08043-0598
515843513   +Camden County MUA,    Regional Sewer Service,    P.O. Box 1105,    Bellmawr, NJ 08099-5105
515955757   +Camden County MUA,    1645 Ferry Avenue,    Camden, NJ 08104-1311
516392564    Capital One Auto Finance,    PO Box 301347,    Arlington, TX 76006
515843515   +Convergent Healthcare Inc,    RE: Medical - Cooper,    124 Sw Adams St Ste 215,
              Peoria, IL 61602-2321
515843516    EZpass,    New Jersey Customer Service,    PO Box 52003,    Newark, NJ 07101-8203
515912845    Enterprise Rent-A-Car,    PO Box 801988,    Kansas City, MO 64180-1988
515843517   +Financial Recovery,    RE: Kennedy Health System,    PO Box 1388,    Mt Laurel, NJ 08054-7388
515843521   +Kennedy Health System,    500 Marlboro Ave,    Cherry Hill, NJ 08002-2020
515876799   +MidFirst Bank,    999 NorthWest Grand Boulevard,    Oklahoma City, OK 73118-6051
515843522   +Midland Mortgage,    PO Box 268959,    Oklahoma City, OK 73126-8959
515843523    Mnet Financial,    95 Argonaut, Suite 250,    Aliso Viejo, CA 92656-4142
515843525    Office Of Attorney General,    Richard J Hughes Justice Complex,    25 Market St, P.O. Box 112,
              Trenton, NJ 08625-0112
515843526   +Qual Asset Reovery,    7 Foster Ave Suite 101,    Gibbstown, NJ 08026-1191
515843528   ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
              TRENTON NJ 08646-0245
             (address filed with court:    State Of New Jersey,    Divison Of Taxation,    P.O. Box 245,
              Trenton, NJ 08695)
515843527   +South Jersey Gas,    Customer Care Center,    P.O. Box 577,    Hammonton, NJ 08037-0577
515859908   +Township of Winslow,    c/o Platt & Riso, P.C.,    40 Berlin Avenue,
              Stratford, New Jersey 08084-1404
516392565   +U.S. Department of Housing,    751 7th St SW,    Washington, DC 20410-0001
515865066   +U.S. Dept of Housing Urban Development,    451 7th Street S.W.,    Washington, D.C 20410-0002

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg          E-mail/Text: usanj.njbankr@usdoj.gov Nov 29 2016 23:15:27      U.S. Attorney,    970 Broad St.,
              Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg         +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Nov 29 2016 23:15:25      United States Trustee,
              Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
              Newark, NJ 07102-5235
515843512   +E-mail/Text: bankruptcy@pepcoholdings.com Nov 29 2016 23:15:11      Atlantic City Electric,
              Pepco Holdings Inc, Bankruptcy Division,    5 Collins Drive Suite 2133,
              Carneys Point, NJ 08069-3600
515912843    E-mail/PDF: ch.collections@verizon.net Nov 29 2016 23:09:26      C&H Collection Services Inc,
              PO Box 1399,    Merchantville, NJ 08109-0399
515843514    EDI: CAPONEAUTO.COM Nov 29 2016 22:58:00      Capital One Auto Finance,    P.O.Box 60511,
              City Of Industry, CA 91716-0511
516015409   +EDI: AISACG.COM Nov 29 2016 22:58:00      Capital One Auto Finance,
              c/o Ascension Capital Group,    P.O. Box 201347,    Arlington, TX 76006-1347
516015409   +E-mail/PDF: acg.acg.ebn@americaninfosource.com Nov 29 2016 23:09:23
              Capital One Auto Finance,    c/o Ascension Capital Group,    P.O. Box 201347,
              Arlington, TX 76006-1347
515908934   +EDI: AISACG.COM Nov 29 2016 22:58:00      Capital One Auto Finance,    a division of Capital One,
              Ascension Capital Group,    P.O. Box 201347,    Arlington, TX 76006-1347
515908934   +E-mail/PDF: acg.acg.ebn@americaninfosource.com Nov 29 2016 23:09:05
              Capital One Auto Finance,    a division of Capital One,    Ascension Capital Group,
              P.O. Box 201347,    Arlington, TX 76006-1347
515912847   +E-mail/Text: equiles@philapark.org Nov 29 2016 23:16:11      City of Philadelphia,
              PO Box 41818,    Phila, PA 19101-1818
515843519    EDI: IRS.COM Nov 29 2016 22:58:00      Internal Revenue Service,
              Officer, a managing or general agent,    PO Box 744,    Springfield, NJ 07081-0744
515843524   +E-mail/Text: clientservices@northwestcollectors.com Nov 29 2016 23:15:08
              Northwest Collections,    RE: The Endo Center At Voor,    3601 Algonquin Road,
              Rolling Meadows, IL 60008-3126
515912842    EDI: RMCB.COM Nov 29 2016 22:58:00      RMCB,    PO Box 1235,    Elmsford, NY 10523-0935
515912846   +E-mail/Text: bankruptcydepartment@tsico.com Nov 29 2016 23:16:06      Transworld Systems Inc,
              507 Prudential Road,    Horsham, PA 19044-2308
515843529   +E-mail/Text: chegyi@winslowtownship.com Nov 29 2016 23:15:26      Winslow Township,
              125 Route 73 South,    Braddock, NJ 08037-9422
                                                                                              TOTAL: 15

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
515843520*  ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 7346,
              PHILADELPHIA PA 19101-7346
             (address filed with court:    Internal Revenue Service,    P.O. Box 724,    Springfield, NJ 07081)
515843518*  +Internal Revenue Service,    Officer, a managing or general agent,,    PO Box 7346,
              Philadelphia, PA 19101-7346
```

```
District/off: 0312-1          User: admin              Page 2 of 2                  Date Rcvd: Nov 29, 2016
                              Form ID: 148             Total Noticed: 34

515843511    ##+Apex Assest Management,   1891 Santa Barbara Dr #204,   Lancaster, PA 17601-4106
                                                                              TOTALS: 0, * 2, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 01, 2016                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 29, 2016 at the address(es) listed below:
          CherylLynn   Walters    on behalf of Creditor    Township of Winslow cwalters@prlawoffice.com
          Denise E. Carlon    on behalf of Creditor    MidFirst Bank dcarlon@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Isabel C. Balboa    ecfmail@standingtrustee.com,  summarymail@standingtrustee.com
          Joshua I. Goldman    on behalf of Creditor    MidFirst Bank jgoldman@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Seymour   Wasserstrum    on behalf of Debtor Nicole D. Reynolds mylawyer7@aol.com,
           ecf@seymourlaw.net
                                                                                            TOTAL: 5
```